363 P.2d 605

**STATE of Arizona, Appellee,**

v.

**Earnest Leon PINION, Appellant,**

No. 1185.

Supreme Court of Arizona.

En Banc.

July 14, 1961.

Earnest Leon Pinion, in pro. per.

Robert W. Pickrell, Atty. Gen., John A. Murphy, Jr., Asst. Atty. Gen., for appellee.

LOCKWOOD, Justice.

Appellant was convicted of the crime of grand theft. He has appealed from the judgment of conviction upon the trial court record and reporter's transcript.

We have examined the entire record, and finding no fundamental or prejudicial error therein, the judgment is affirmed.

STRUCKMEYER, C. J., BERNSTEIN, V. C. J., and UDALL and JENNINGS, JJ., concur.